**SEALED**

```
FILED
Sep 23, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jesus Alberto GONZÁLEZ-BURGOS,<br><br>Defendant. | CASE NO. 1:20-MJ-00104 EPG<br><br>**UNDER SEAL**<br><br>ORDER PERMITTING REDACTED COMPLAINT TO BE DISSEMINATED TO DEFENDANT AND COUNSEL |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, the above defendant having been arrested, but other defendants in a related still remaining at large;

IT IS ORDERED that the redacted complaint attached to the government's Application To Permit Dissemination of Redact Complaint filed in the above-entitled matter is authorized to be disseminated to the defendant and counsel, and other Court personnel as needed, pending further order of this court.

Dated: September 23, 2020

HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE